*Page 1 of 1*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**TITUS SMOAKS,**

      **Plaintiff,**

**v.**                                   **CASE NO. 1:06-cv-00146-SPM-AK**

**DEPARTMENT OF CORRECTIONS,**
**et al,**

      **Defendants.**

_____/

## O R D E R

The Clerk is hereby directed to docket Plaintiff's current address as: Titus Smoaks, DOJ 02 MN 1050166, Alachua County Adult Detention Center, 3333 NE 39th Avenue Gainesville, FL 32609, as he has advised the Court in another case, Case No. 1:06CV134, on October 16, 2006. The Clerk shall also re-mail to Plaintiff at this address a copy of Document 5 and he shall have through November 16, 2006, to comply with the directives set forth in that Order or it will be recommended that his cause be dismissed for failure to prosecute. Plaintiff is warned that it is his responsibility to advise the Court of his current address in **ALL** his lawsuits.

      **DONE AND ORDERED** this **26**th day of October, 2006

                    **s/ A. KORNBLUM**
                    **ALLAN KORNBLUM**
                    **UNITED STATES MAGISTRATE JUDGE**