IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TITUS SMOAKS,**

    **Plaintiff,**

v.                                   **CASE NO. 1:06-cv-00146-MP-AK**

**FLORIDA DEPARTMENT OF CORRECTIONS,**
**FLORIDA STATE PRISON,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff filed a complaint in this cause on July 26, 2006. (Doc. 1). An Order was entered on August 8, 2006, requiring him to file an amended complaint and to provide inmate account information. (Doc. 5). This order was returned as undeliverable because Plaintiff was no longer In custody and no forwarding address was provided. (Doc. 6). Plaintiff then provided a new address and the Order (doc. 5) was re-mailed to the new address provided. (Doc. 9 and 10). Additional time was granted Plaintiff to comply with the previous directives (doc. 11), and he filed a motion for leave to proceed (doc. 12), which was granted, but no amended complaint was filed. (Doc. 15). The order granting IFP was returned as undeliverable and an Order to Show Cause was mailed to him at the last known address on January 5, 2007, directing that a response be made on or before January 19, 2007. (Doc. 18). Plaintiff has not responded to the Order to Show Cause.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.

*Page 2 of 2*

Plaintiff has failed to comply with two orders of this Court directing that he file an amended complaint (doc. 5) and respond to the show cause order. (Doc. 18). Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this  9th  day of February, 2007.

        s/ A. KORNBLUM
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.