IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TITUS SMOAKS,

    Plaintiff,

v.                                        CASE NO. 1:06-cv-00146-MP-AK

FLORIDA DEPARTMENT OF CORRECTIONS,
FLORIDA STATE PRISON,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that Plaintiff has failed to prosecute this case and to comply with orders of the Court.

Accordingly, it is hereby,

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *13th*  day of April, 2007

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge